# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Ann Gates-Middleton; and Ervin Middleton, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> Guaranteed Rate, Inc.; et al., <br><br> Defendants. | Case No. 2:21-cv-01944-GMN-DJA <br><br> **Order** |

On January 12, 2022, the undersigned denied Plaintiffs' pending motions as moot because they had not yet paid the filing fee or applied to proceed *in forma pauperis*. (ECF No. 13). The undersigned ordered the Plaintiffs to either pay the filing fee or apply to proceed *in forma pauperis* on or before February 11, 2022. (*Id.* at 6). Plaintiffs appealed the order to the Honorable District Judge Gloria M. Navarro. (ECF No. 14). Judge Navarro denied the appeal on July 25, 2022, explaining that "[t]he Magistrate Judge correctly determined that this case cannot proceed until Plaintiffs pay the filing fee or file an IFP." (*Id.*). Since Judge Navarro issued that order, Plaintiffs have not paid the filing fee, applied to proceed *in forma pauperis*, or taken any action in the case.

**IT IS THEREFORE ORDERED** that Plaintiffs must show cause why their case should not be dismissed for their failure to pay the filing fee or apply to proceed *in forma pauperis*. Plaintiffs must file their response to this order on or before **May 3, 2023**. Failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: April 3, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE